# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCOTT SANDILLO,

                     **Plaintiff,**

v.                                   **Case No:  6:11-cv-1944-Orl-22DAB**

ALL VOLUSIA & FLAGLER
HEATING & AIR, LLC and ANTONIO
MADALENA,

                     **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 26) filed on July 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation filed July 13, 2012 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2.       The Joint Motion for Approval of Settlement and Dismissal with Prejudice is hereby GRANTED.

3.       The settlement is hereby APPROVED.

4.       This case is DISMISSED WITH PREJUDICE.

5.       The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record